JAMES F. BROOKS, as Administrator of the Estate of SARAH A. BROOKS, Deceased, Respondent, *v.* THE INTERNATIONAL RAILWAY COMPANY, Appellant.

*Brooks* v. *International Ry. Co.*, 112 App. Div. 555, affirmed.
(Argued February 1, 1907; decided February 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1906, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Porter Norton* for appellant.

*Eugene M. Bartlett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: HAIGHT, J.